Case 1:25-cv-00231   Document 3   Filed on 10/15/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE ADALBERTO MEJIA FUENTES<br>"Petitioner," §<br>§<br>§<br>v. §<br>§ Civil Action No. 1:25-cv-00231<br>MIGUEL VERGARA, *et al.*, §<br>"Respondents." §<br>§ | |

### ORDER

Before the Court is Petitioner's "Motion for Temporary Restraining Order and Request for Injunctive Relief" (Dkt. No. 2) ("Motion"). Petitioner is a citizen of El Salvador detained by Immigration and Customs Enforcement pending removal proceedings. Petitioner moves for his immediate release, alleging that he may not be detained under 8 U.S.C. 1231(a)(1) without a final order of removal.

The Immigration and Nationality Act provides that the Department of Homeland Security ("DHS") may arrest and detain aliens pending a decision on whether the alien is to be removed from the United States. 8 U.S.C.S. § 1226(a); *Johnson v. Guzman Chavez*, 594 U.S. 523, 527 (2021). Aliens who are arrested and detained may generally apply for release on bond or conditional parole. *Id.* To secure release, the alien must show that he does not pose a danger to the community and that he is likely to appear for future proceedings. *Id.* If DHS denies the alien's request, the alien may request a bond hearing in front of an immigration judge by filing an application for a change in the alien's detention conditions. *Id.* Either the alien or DHS may appeal the immigration judge's decision to the Board of Immigration Appeals. *Id.* at 527-528.

Petitioner's Motion does not address Respondent's right to detain Petitioner under 8 U.S.C.S. § 1226(a), nor does it provide an excuse for Petitioner's failure to follow the proper procedures contained above. As such, Petitioner's Motion must be denied because Petitioner cannot show a substantial likelihood of success on the merits. See *Daniels Health Scis., LLC v. Vascular Health Scis.*, LLC, 710 F.3d 579, 582 (5th Cir. 2013) (Requirements for obtaining a temporary restraining order).

For these reasons, Petitioner's Motion (Dkt. No. 2) is **DENIED**. Petitioner is **ORDERED** to file a brief on or before November 5, 2025, showing cause why this Court should not dismiss the Petition under Habeas Corpus Rule 4, following 28 U.S.C.S. § 2254.

Signed on this 15th day of October 2025

Rolando Olvera
United States District Judge