United States District Court
Southern District of Texas
**ENTERED**
November 12, 2025
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE ADALBERTO MEJIA FUENTES §<br>"Petitioner," §<br>§<br>v. §<br>§ Civil Action No. 1:25-cv-00231<br>§<br>MIGUEL VERGARA, *et al.,* §<br>"Respondents." §<br>§ | |

### EMERGENCY ORDER

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"). To expedite the Court's review, Respondents are **ORDERED** to submit a response by **November 24, 2025, at 5p.m. CST**, showing cause why this Court should not grant the Petition. The Petitioner is not to be removed; his status quo is to remain "as is" pending resolution of this case.

Signed on this 12th day of November 2025

Rolando Olvera
United States District Judge

1