United States District Court
Southern District of Texas
**ENTERED**
January 15, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ADALBERTO MEJIA FUENTES | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:25-cv-00231 |
| MIGUEL VERGARA, *et al.,* | § | |
| "Respondents." | § | |

### ORDER

Before the Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition") and "Amended Petitioner's Motion to Grant Writ of Habeas Corpus" (Dkt. No. 8) ("Motion"). On November 12, 2025, this Court ordered Respondents to submit a response to the Petition by November 24, 2025. *See* Dkt. No. 5. Respondents failed to comply and, as of today, continue to flout this Court's Order.

Accordingly, Respondents are **ORDERED** to respond to the Petition and show cause as to their failure to comply with this Court's order by **January 22, 2026, at 5 p.m.** CST. To ensure Respondents have been properly served, Petitioner is **ORDERED** to file proof of service of the Petition and Motion as a separate docket entry no later than **January 20, 2026**.

Signed on  January 15, 2026.

_____
Rolando Olvera
United States District Judge