United States District Court
Southern District of Texas
**ENTERED**
February 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ADALBERTO MEJIA FUENTES | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:25-cv-00231 |
| MIGUEL VERGARA, *et al.,* | § | |
| "Respondents." | § | |

# ORDER

The Court understands the Fifth Circuit's recent decision in *Buenrostro-Mendez v. Bondi*, --- F.4th ----, No. 25-20496, 2026 WL 323330 (5th Cir. Feb. 6, 2026) to foreclose Petitioner's statutory claim regarding the application of 8 U.S.C. § 1225(b)(2). In view of this development, it is **ORDERED** that, by February 26, 2026, Petitioner shall file a Statement showing why *Buenrostro-Mendez* does not result in denial of his Petition. Should Petitioner fail to timely file a Statement, the Court will deny the Petition and dismiss this case.

Signed on February 12, 2026.

_____
Rolando Olvera
United States District Judge